

**CG8 / ALL**
**Transmittal Number: 30853413**
**Date Processed: 02/21/2025**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Rick Lara<br> Impellam North America<br>27777 Franklin Rd<br>Ste 600<br>Southfield, MI 48034-8282 |
| **Electronic copy provided to:** | James Johnson<br>Denise Koffman |

| | |
|---|---|
| **Entity:** | Impellam NA Support Services, Inc.<br>Entity ID Number  1686800 |
| **Entity Served:** | Impellam NA Support Services, Inc. |
| **Title of Action:** | Blue Cross Blue Shield of Michigan vs. Impellam NA Support Services, Inc. |
| **Matter Name/ID:** | Blue Cross Blue Shield of Michigan vs. Impellam NA Support Services, Inc. (16931754) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Macomb County Circuit Court, MI |
| **Case/Reference No:** | 28-000519-CB |
| **Jurisdiction Served:** | Michigan |
| **Date Served on CSC:** | 02/21/2025 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Kitch Attorneys & Counselors, P.C.<br>313-965-7848 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

 Attorneys & Counselors
*A Professional Corporation*

One Woodward Avenue, Suite 2400
Detroit, MI 48226-5485
P (313) 965-7900 F (313) 965-7403
www.kitch.com

February 12, 2025

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Impellam NA Support Services, Inc.
c/o CSC Lawyers Incorporating Services
3410 Belle Chase Way
Suite 600
Lansing, MI 48911

Re:  Blue Cross/Blue Shield of Michigan v Impellam NA Support Services, Inc.
      Case No. 28-000519-CB
      Kitch File No. 04409.071830

To Whom It May Concern:

Enclosed please find the Summons and Complaint regarding the above-captioned matter.

If you have any questions or comments, please feel free to contact us.

Very truly yours,

Paul Wilk Jr
(313) 965-7848
paul.wilk@kitch.com

Enclosure

Detroit  Lansing  Mt. Clemens  Toledo  Chicago
DET02:4254236.v1

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>16th **JUDICIAL CIRCUIT**<br>Macomb **COUNTY** | **SUMMONS** | **CASE NO.**<br>25-      -CB<br>000519 |
|---|---|---|

| Court address<br>40 N Main St, Mt Clemens, MI 48043 | | Court telephone no.<br>586-469-7171 |
|---|---|---|

| Plaintiff's name, address, and telephone no.<br>Blue Cross Blue Shield of Michigan | v | Defendant's name, address, and telephone no.<br>Impellam NA Support Services, Inc.<br>c/o CSC-LAWYERS INCORPORATING SERVICE<br>3410 Belle Chase Way Ste 600<br>Lansing, MI 48911<br><br>**RECEIVED**<br>FEB 07 2025<br>ANTHONY G. FORLINI<br>Macomb County Clerk |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Paul Wilk Jr (P83691)<br>One Woodward Avenue Suite 2400<br>Detroit, MI 48226<br>313-965-7848 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☑ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.          **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>07 FEB 2025 | Expiration date*<br>09 MAY 2025 | Court clerk<br>ANTHONY G. FORLINI |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01** (3/23) **SUMMONS**                    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

**Summons**   (3/23)                                                            Case No. _25-_ _____-CB

**PROOF OF SERVICE**

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

**CERTIFICATE OF SERVICE / NONSERVICE**

☐ I served     ☐ personally     ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)     a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                                Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

STATE OF MICHIGAN

IN THE MACOMB COUNTY CIRCUIT COURT

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

     Plaintiff,

v

IMPELLAM NA SUPPORT SERVICES,
INC.,

     Defendant.

Case No.: 2025-000519-CB

Hon.   RICHARD L. CARETTI

RECEIVED

FEB 07 2025

ANTHONY G. FORLINI
Macomb County Clerk

_____/

Gabe Sybesma (P66632)
Paul Wilk Jr (P83691)
Attorneys for Plaintiff
One Woodward Avenue, Suite 2400
Detroit, MI 48226-5485
(313) 965-7848
gabe.sybesma@kitch.com
paul.wilk@kitch.com

_____/

## COMPLAINT

There is no other civil action between these parties arising
out of the same transaction or occurrence as alleged in
this Complaint pending in this Court, nor has any such
action been previously filed and dismissed or transferred
after having been assigned to a judge.     MCR
2.113(C)(2)(b)

    (P83691)

This Case meets the statutory requirements to be
assigned to the Business Court pursuant to MCL
600.8031(C) and MCL 600.8035.

    (P83691)

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7000

NOW COMES BLUE CROSS BLUE SHIELD OF MICHIGAN ("Plaintiff") and for its Complaint against Defendant IMPELLAM NA SUPPORT SERVICES, INC. ("Defendant") states as follows:

## GENERAL ALLEGATIONS

1. Plaintiff Blue Cross Blue Shield of Michigan ("BCBSM") is a nonprofit mutual insurance company headquartered at 600 East Lafayette Boulevard, Detroit, Michigan 48226.

2. Defendant, Impellam NA Support Services, Inc., is a California Corporation that does business throughout the State of Michigan.

3. Defendant conducted business in Macomb County Michigan and Venue is proper pursuant to MCL 600.1621.

4. This Court has jurisdiction over this matter as the amount in controversy exceeds $25,000.00.

## FACTUAL BACKGROUND

5. Plaintiff restates the allegations contained in the above Paragraphs as if fully set forth herein.

6. Plaintiff and Defendant signed an administrative services contract ("The Contract"), under which Plaintiff processed medical claims for Defendant.[1]

7. Both parties performed under this contract until September of 2021 when Defendant terminated the contract.[2]



Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, Michigan
48226-5485

(313) 965-7900

---

[1] The Contract is in Defendant's possession
[2] **Exhibit A-** Termination Letter

8. Plaintiff sent an invoice to Defendant in the amount of $1,441,946.79; however, Defendant failed to make payments towards this invoice.[3]

9. As of the date of this Complaint, Defendant has not made any payment towards the overdue balance.

10. Defendant is in breach of the contract it entered into with Plaintiff and currently owes Plaintiff $1,441,946.79, in addition to interest, costs, and attorney fees, as a result of said breach.

## COUNT I: BREACH OF CONTRACT

11. Plaintiff restates the allegations contained in the above Paragraphs as if fully set forth herein.

12. A valid and enforceable contract exists between Plaintiff and Defendant.

13. Plaintiff complied with all of its obligations under The Contract by processing medical claims submitted by Defendant.

14. Defendant breached The Contract by failing to make payments for all claims processed by Plaintiff.

15. The breach by Defendant has caused damages to Plaintiff in the amount of $1,441,946.79, as well as interest, costs, and attorney fees.

WHEREFORE, Blue Cross Blue Shield of Michigan respectfully requests that this Honorable Court enter judgment in its favor and against Defendant, in addition to pre-suit and pre-judgment interest, costs, and attorneys' fees.



Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

---

[3] **Exhibit B- Invoice**

3

## COUNT II: QUANTUM MERUIT

16. Plaintiff restates the allegations contained in the above Paragraphs as if fully set forth herein.

17. Plaintiff processed medical claims submitted by Defendant based upon Defendant's promise to pay Plaintiff the agreed-upon amount.

18. Defendant received benefits from the work performed by Plaintiff.

19. As a result of Defendant's failure and refusal to pay the agreed-upon amount, Defendant has been unjustly enriched.

20. As a result of Defendant's failure and refusal to pay the agreed-upon amount, Plaintiff has sustained damages of at least $1,441,946.79, plus interest, costs, and attorneys' fees.

WHEREFORE, Plaintiff Blue Cross Blue Shield of Michigan respectfully requests that this Honorable Court enter judgment in its favor and against Defendant, in addition to pre-suit and pre-judgment interest, costs, and attorneys' fees.

## COUNT III: ACCOUNT STATED

21. Plaintiff restates the allegations contained in the above Paragraphs as if fully set forth herein.

22. Defendant entered into a valid and enforceable contract promising to reimburse in return for Plaintiff processing medical claims for Defendant.

23. Plaintiff sent Defendant statements outlining the claims processed by Plaintiff and the amount owed to Plaintiff by Defendant.[4]



Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

[4] Ex. C

24. Defendant received the demand letter and never objected to the stated amount owed.

25. Defendant has not paid the balance owed on the account, despite Plaintiff's demand for payment.

26. Defendant is justly indebted to Plaintiff in the amount of $1,441,946.79 plus interest, costs, and attorneys' fees.

27. An Affidavit verifying the balance due on the account is attached as **Exhibit C**.

WHEREFORE, Plaintiff Blue Cross Blue Shield of Michigan respectfully requests that this Honorable Court enter judgment in its favor and against Defendant, in addition to pre-suit and pre-judgment interest, costs, and attorneys' fees.

Respectfully submitted,

KITCH ATTORNEYS & COUNSELORS, P.C.

By: _____

Gabe Sybesma (P66632)
Paul Wilk Jr (P83691)
Attorneys for Plaintiff
One Woodward Avenue, Suite 2400
Detroit, MI 48226-5485
(313) 965-7848

Dated: 2 / 7 / 2025



Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

5

# EXHIBIT A



9/15/2021

Randy Donovan
Key Account Manager
BCBS of Michigan

Re: Administrative Services Contract for Corestaff Support Services, Inc.

Dear Randy,

After long and careful consideration, we have decided to terminate our medical and pharmacy administrative services contract with BCBS of Michigan (BCBSM) effective December 31, 2021.

Consistent with the contract, we understand that BCBSM will charge the expiring administrative fee of $55.32 per employee for the first two months of the runout period. Additionally, we understand that BCBSM will continue to process claims incurred prior to the termination date for a period of 24 months, with claims invoiced weekly for the first three months, then monthly thereafter.

We appreciate your past service to our company and look forward to your assistance during the transition of our benefits to Anthem. If you have any questions or require additional information, please contact me or Andy Martin at USI Insurance Services.

Sincerely,

Melanie Lewis
North America VP of HR

Cc Andy Martin, USI Insurance Services

ImarPellam  guidant global  Corestaff  Leafstone  LORIEN  BartechStaffing  srg³

# EXHIBIT B



**Blue Cross
Blue Shield**
of Michigan

A nonprofit corporation and independent licensee
of the Blue Cross and Blue Shield Association

| | | | |
|---|---|---|---|
| **Group Name** | IMPELLAM NA | **Invoice Due Date** | 03/01/2024 |
| **Group Number** | 000072222 | **Invoice Date** | 02/13/2024 |
| **Invoice Number** | 178805383 | **Invoice Type** | MONTHLY INVOICED |
| **Total Balance Due** | $1,441,946.79 | **Bill Period** | 01/01/2024-01/31/2024 |

### Previous Invoice Summary

| | |
|---|---|
| Previous Balance | $1,421,869.49 |
| Balance Forward | $1,421,869.49 |

### Taxes and Fees Summary

| Fee Type | Rate | Unit | Total |
|---|---|---|---|
| LATE FEE | | | $23,004.93 |
| CORPORATE RECOVERY | | | $200.00 CR |
| CUSTOMER SAVINGS REFUND - CANCELLED GRO | | | $2,727.63 CR |
| ADVANCE DEPOSIT | | | $0.00 |

### Total Charges Summary

| | |
|---|---|
| Total Current Charges | $20,077.30 |
| Total Balance Due | $1,441,946.79 |

Non-payment of this bill will result in cancellation of this policy retroactive to the last date for which full payment was made.

If there are questions concerning this invoice, contact ASC Billing Dept.
Phone: 1-800-446-5251   Email: ascbilling@bcbsm.com

Payment Options:
Wire Payment
ACH Payment
eBilling Application
Mail your regular or overnight payment to:       Blue Cross Blue Shield of Michigan
                                                 600 Lafayette E. Mail Code 1002
                                                 ATTENTION ACC DILLING

 **Blue Cross**
**Blue Shield**
of Michigan

A nonprofit corporation and independent licensee
of the Blue Cross and Blue Shield Association

Detroit, Michigan 48226

# EXHIBIT C

## AFFIDAVIT OF RANDY DONOVAN

State of Michigan    )
                      ) ss
County of Wayne    )

I, Randy Donovan, after being first duly sworn, say as follows:

1. I have attained the age of eighteen, I am competent to testify to the facts set forth herein, and make this Affidavit upon my personal knowledge and/or upon review of the records of the business.

2. I am a Group Customer Consultant for Blue Cross Blue Shield of Michigan.

3. Blue Cross Blue Shield of Michigan ("BCBSM") and Impellam NA Support Services, Inc. were parties to an administrative services contract ("the contract"), in which BCBSM processed medical claims for Impellam NA Support Services, Inc.

4. BCBSM performed the agreed-upon services and processed all medical claims pursuant to the contract.

5. In December 2021, Impellam NA Support Services cancelled the Contract.

6. After termination of the contract, Impellam NA Support Services, Inc. failed to make final payments to BCBSM.

7. BCBSM sent multiple invoices to Impellam NA Support Services, Inc. detailing the amounts owed.

8. BCBSM sent additional demand letters regarding the overdue balance and attached the invoices to these letters.

9. Impellam NA Support Services, Inc. has not objected to the statements sent by BCBSM seeking payment for the agreed-upon services rendered by BCBSM.

10. As of the date of this document, Impellam NA Support Services, Inc. has not made any payments and is justly indebted to BCBSM in the amount of $1,578,736.39, over and above all legal setoffs and counter-claims. (**Exhibit A**)

## <u>AFFIDAVIT OF RANDY DONOVAN</u>

11. The statement of account attached is true and correct.

Dated:  11/13/24

_Randy W. Don_
Randy Donovan

Subscribed and sworn to before me
This _13_ day of _November_, 2024

_Kelsey Lyum_
Notary Public
_Wayne_____ County, _MI_
My Commission Expires: _10/21/2028_

# EXHIBIT

# A



**Blue Cross**
**Blue Shield**
of Michigan

A nonprofit corporation and independent licensee
of the Blue Cross and Blue Shield Association

| | | | |
|---|---|---|---|
| **Group Name** | IMPELLAM NA | **Invoice Due Date** | 09/01/2024 |
| **Group Number** | 000072222 | **Invoice Date** | 08/11/2024 |
| **Invoice Number** | 189213596 | **Invoice Type** | MONTHLY INVOICED |
| **Total Balance Due** | $1,578,736.39 | **Bill Period** | 07/01/2024-07/31/2024 |

### Previous Invoice Summary

| | |
|---|---|
| Previous Balance | $1,555,806.23 |
| Balance Forward | $1,555,806.23 |

### Taxes and Fees Summary

| Fee Type | Rate | Unit | Total |
|---|---|---|---|
| LATE FEE | | | $22,930.16 |
| ADVANCE DEPOSIT | | | $0.00 |

### Total Charges Summary

| | |
|---|---|
| Total Current Charges | $22,930.16 |
| Total Balance Due | $1,578,736.39 |

Non-payment of this bill will result in cancellation of this policy retroactive to the last date for which full payment was made.

If there are questions concerning this invoice, contact ASC Billing Dept.
Phone: 1-800-446-5251   Email: ascbilling@bcbsm.com

Payment Options:
Wire Payment
ACH Payment
eBilling Application
Mail your regular or overnight payment to:      Blue Cross Blue Shield of Michigan
                                                600 Lafayette E. Mail Code 1002
                                                ATTENTION: ASC BILLING
                                                Detroit, Michigan 48226



CERTIFIED MAIL

9589 0710 5270 1622 5001 59

US POSTAGE ᴼᴬᴬ PITNEY BOWES

ZIP 48226 $ 011.26⁰
02 1W
0001361319 FEB. 14. 2025

# FIRST CLASS MAIL

**KITCH**
Attorneys & Counselors
One Woodward Avenue, Suite 2400
Detroit, Michigan 48226-5485

666/04409.071830

Impellam NA Support Services, Inc.
c/o CSC Lawyers Incorporating Services
3410 Belle Chase Way
Suite 600
Lansing, MI 48911

**RETURN RECEIPT REQUESTED**






